NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CAVIN BURNS FRANCIS McKEN,      )
DOC #S40632,                    )
                                )
           Appellant,           )
                                )
v.                              )          Case No. 2D20-263
                                )
STATE OF FLORIDA,               )
                                )
           Appellee.            )
_____ )

Opinion filed September 30, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Debra Johnes
Riva, Judge.

Cavin Burns Francis McKen, pro se.


PER CURIAM.


           Affirmed.


VILLANTI, ATKINSON, and SMITH, JJ., Concur.